IN THE SUPREME COURT OF THE STATE OF DELAWARE

DEREK L. HOPKINS, §
§ No. 184, 2025
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2001012867 (K)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: May 20, 2025
Decided: May 28, 2025

## **ORDER**

On April 28, 2025, the appellant, Derek Hopkins, filed a notice of appeal from the Superior Court's order, dated and docketed March 18, 2025, denying his motion for postconviction relief. A timely notice of appeal was due on or before April 17, 2025.[1] The Senior Court Clerk issued, by certified mail, a notice directing Hopkins to show cause why his appeal should not be dismissed as untimely filed. Hopkins received the notice, as evidenced by the return receipt filed with the Court on May 7, 2025. A timely response to the notice to show cause was due on or before May 19, 2025. To date, Hopkins has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] *See* Del. Supr. Ct. R. 6.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice